# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

REBECCA TROUT,              )
                                    )
               Plaintiff,       )
                                    )
v.                                 )      Case No. CIV-16-38-D
                                    )
CAROLYN W. COLVIN, Acting    )
Commissioner, Social Security Administration,  )
                                    )
               Defendant.    )

# O R D E R

This matter is before the Court for review of the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin issued pursuant to 28 U.S.C. § 636(b)(1)(B)-(C).   Judge Goodwin finds that Plaintiff has failed to prosecute her action for judicial review of a final decision of the Commissioner pursuant to the Social Security Act, 42 U.S.C. § 405(g), and recommends that the action be dismissed without prejudice to refiling.

Plaintiff, who appears *pro se*, has not filed a timely objection to the Report nor requested additional time to object.   Judge Goodwin expressly informed Plaintiff of her right to object, the applicable procedural rules, and the consequences of failing to file an objection.   Upon consideration, the Court finds that Plaintiff has waived further judicial review of the factual and legal issues addressed by Judge Goodwin's Report.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 17] is ADOPTED in its entirety. This action is DISMISSED without prejudice. A separate judgment of dismissal shall be entered.

IT IS SO ORDERED this 26th day of October, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE